**E-FILED on**   12/2/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED,<br><br>    Petitioner,<br><br>    v.<br><br>SANTA CRUZ COUNTY; IRWN H. JOSEPH, Superior Court Commissioner; SAMUEL S. STEVENS, Superior Court Judge; STEVE ROBBINS, Sheriff; CHRISTIE SWANNAC, Sergeant; BOB LEE, District Attorney; ROBERT B. ATACK, Superior Court Presiding Judge; and ALEX CALVO, Executive Officer,<br><br>    Respondents. | No. MC-09-80286 RMW<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br><br>**[Re Docket No. 1]** |

    Petitioner[1] filed petition for writ of habeas corpus on December 16, 2009. The federal writ of habeas corpus is only available to persons "in custody" at the time the petition is filed. See 28 U.S.C. §§ 2241(c), 2254(a); *Carafas v. LaVallee*, 391 U.S. 234, 238 (1968). Petitioner, proceeding

---

[1] Petitioner was determined to be a vexatious litigant and was required to obtain leave of court before filing any suit alleging civil rights claims or conspiracy claims involving defendants, some of whom are named as defendants in the present action. (08-CV-00546 Doc. No. 70).

1  *pro se*, was not a prisoner at the time of the filing of this case, nor at the time the alleged offenses
2  occurred. The petition is without merit. Accordingly, the petition is dismissed.

4  Dated:   11/25/09

*Ronald M Whyte*
Ronald M. Whyte
United States District Judge

United States District Court
For the Northern District of California

1 | **Notice of this document has been mailed to:**

2 | **Petitioner:**
3 | Clive Frank Boustred
    210 Suncrest Dr.
    Soquel, CA 95073
4 |

5 | **Dated:**      12/2/09                              CCL
                                              **Chambers of Judge Whyte**
6 |
7 |
8 |
...
28 |

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS
No. MC-09-80286 RMW
AKT                                        3