**E-FILED on** ___12/2/09___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, | No. MC-09-80286 RMW |
| Petitioner, | |
| v. | |
| SANTA CRUZ COUNTY; IRWN H. JOSEPH, Superior Court Commissioner; SAMUEL S. STEVENS, Superior Court Judge; STEVE ROBBINS, Sheriff; CHRISTIE SWANNAC, Sergeant; BOB LEE, District Attorney; ROBERT B. ATACK, Superior Court Presiding Judge; and ALEX CALVO, Executive Officer, | JUDGMENT<br><br>**[Re Docket No. 1]** |
| Respondents. | |

On November 25, 2009 the court signed its order dismissing this action. Therefore,

IT IS HEREBY ORDERED that judgment be entered against petitioner and that he take nothing by way of his petition.

Dated: ___11/25/09___      _Ronald M Whyte_
                          Ronald M. Whyte
                          United States District Judge

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS
No. MC-09-80286 RMW
AKT

**Notice of this document has been mailed to:**

**Petitioner:**
Clive Frank Boustred
210 Suncrest Dr.
Soquel, CA 95073

**Dated:** 12/2/09                              CCL
                                                **Chambers of Judge Whyte**

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS
No. MC-09-80286 RMW
AKT                                                   2